℀AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

ANDREW KINDT, on behalf of himself and all
others similarly situated

V.

See attached rider

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 10322

## JUDGE DANIELS

TO: (Name and address of Defendant)

See attached rider

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER LOVELL
LOVELL STEWART HALEBIAN LLP
500 Fifth Ave., 58th Floor, NY, NY 10110

an answer to the complaint which is served on you with this summons, within _____ 20 (Twenty) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    NOV 1 3 2007

| CLERK | _Marcos Quintero_ | DATE |

(By) DEPUTY CLERK

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/3/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Travis Carter | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

   Registered Agent: Toshiba America, Inc. c/o C T Corporation System, 111 Eighth Avenue, New York, NY, 10011, (Service accepted by Nora Dindyal)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4.00 | | $4.00 |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/3/2007___        _____
            Date                  *Signature of Server*

            500 Fifth Ave., 58th Fl., New York, NY, 10110
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
-----------------------------------------------------X
ANDREW KINDT, on behalf of himself       :
and all others similarly situated,       :
                                         :
                  Plaintiff,             :
                                         :
          -against-                      :
                                         :
                                         :
MATSUSHITA ELECTRIC INDUSTRIAL           :
CO, LTD.; SAMSUNG SDI CO., LTD.; LP      :
DISPLAYS INTERNATIONAL, LTD.             :
(formerly LG PHILIPS DISPLAYS); MT       :
PICTURE DISPLAY CO, LTD.; TOSHIBA        :
CORP.; TOSHIBA AMERICA, INC.,            :
                                         :
                  Defendants.            :
-----------------------------------------------------X
```

TO:

MATSUSHITA ELECTRIC INDUSTRIAL, CO., LTD.
1006, KADOMA, KADOMA CITY, OSAKA 571-8501, JAPAN

SAMSUNG SDI CO., LTD.
15 - 18TH FLOOR
SAMSUNG LIFE INSURANCE BLDG.150 TAEPYUNGRO 2-GA
JUNG-GU, SEOUL, SOUTH KOREA

LP DISPLAYS INTERNATIONAL LTD.
6TH FLOOR, ING TOWER
308 DES VOEUX ROAD CENTRAL, SHEUNG WAN
HONG KONG

MT PICTURE DISPLAY CO., LTD.
OSAKA, JAPAN

TOSHIBA CORP.
1-1, SHIBAURA 1-CHOME, MINATO-KU, TOKYO 105-8001, JAPAN

C T CORPORATION SYSTEM
c/o TOSHIBA AMERICA, INC.
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011