UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANDREW KINDT, on behalf of himself  :
and all others similarly situated,  :  NOTICE OF APPEARANCE
  :
                      Plaintiff,  :
  :
   -against-  :
  :  No. 07-cv-10322 (GBD)
  :
MATSUSHITA ELECTRIC INDUSTRIAL  :
CO, LTD.; SAMSUNG SDI CO., LTD.; LP  :
DISPLAYS INTERNATIONAL, LTD.  :
(formerly LG PHILIPS DISPLAYS); MT  :
PICTURE DISPLAY CO, LTD.; TOSHIBA  :
CORP.; TOSHIBA AMERICA, INC.,  :
  :
                    Defendants.  :
--------------------------------------------------------X

To:    Clerk of this Court and All Parties of Record

       Please take Notice that Imtiaz A. Siddiqui of the law firm Lovell Stewart Halebian LLP, 500 Fifth Avenue, New York, NY 10110, will be appearing to represent plaintiff Andrew Kindt.  My email address for use in ECF filings is isiddiqui@lshllp.com.  I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: New York, New York
         December 24, 2007

                                            /s/ Imtiaz A. Siddiqui
                                            Imtiaz A. Siddiqui (IS-4090)
                                            Lovell Stewart Halebian LLP
                                            500 Fifth Avenue
                                            New York, NY 10110
                                            T: 212-608-1900
                                            F: 212-719-4677