UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW KINDT, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; SAMSUNG SDI CO., LTD.; LP DISPLAYS INTERNATIONAL, LTD. (formerly LG PHILIPS DISPLAYS); MT PICTURE DISPLAY CO., LTD.; TOSHIBA CORP.; TOSHIBA AMERICA, INC.,<br><br>*Defendants*. | 07-cv-10322-GBD |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Toshiba America, Inc.

    I certify that I am admitted to practice in this Court.

Dated: December 26, 2007

Respectfully submitted,

**WHITE & CASE LLP**

By:    s/ Christopher M. Curran
Christopher M. Curran (CC-4779)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Toshiba America, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of December, 2007, I caused to be served a copy of "NOTICE OF APPEARANCE" on the following entities by first-class mail:

>Christopher Lovell (CL-2595)
>Craig M. Essenmacher
>Keith Essenmacher
>500 Fifth Avenue, Floor 58
>New York, New York 10110
>(212) 608-1900
>
>*Counsel to Andrew Kindt*
>
>
>Matsushita Electric Industrial Co., Ltd.
>1006 Kadoma, Kadoma City, Osaka 571-8501, Japan
>
>
>Samsung SDI Co., Ltd.
>15 – 18th Floor
>Samsung Life Insurance Bldg. 150 Taepyungro 2-Ga
>Jung-Gu, Seoul, South Korea
>
>
>LP Displays International Ltd.
>6th Floor, Ing Tower
>308 Des Voeux Road Central, Sheung Wan
>Hong Kong
>
>
>MT Picture Display Co., Ltd.
>Osaka, Japan
>
>
>Toshiba Corp.
>1-1, Shibaura 1-Chome, Minato-Ku, Tokyo 105-8001, Japan

_____
Lucius B. Lau