UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW KINDT, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; SAMSUNG SDI CO., LTD.; LP DISPLAYS INTERNATIONAL, LTD. (formerly LG PHILIPS DISPLAYS); MT PICTURE DISPLAY CO., LTD.; TOSHIBA CORP.; TOSHIBA AMERICA, INC.,<br><br>*Defendants.* | 07-cv-10322-GBD |

## DISCLOSURE STATEMENT OF TOSHIBA AMERICA, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Toshiba America, Inc. makes the following disclosure:  Toshiba America, Inc. is a wholly-owned subsidiary of Toshiba Corporation in Japan.  Toshiba America, Inc. is not publicly held.  Toshiba Corporation is a publicly-held company traded in Japan.

Dated:  December 26, 2007

Respectfully submitted,

**WHITE & CASE** LLP

By: ___s/ Christopher M. Curran___
Christopher M. Curran
George L. Paul
Lucius B. Lau
701 Thirteenth St., N.W.
Washington, D.C.  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Toshiba America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December, 2007, I caused to be served a copy of "DISCLOSURE STATEMENT OF TOSHIBA AMERICA, INC." on the following entities by first-class mail:

Christopher Lovell (CL-2595)
Craig M. Essenmacher
Keith Essenmacher
500 Fifth Avenue, Floor 58
New York, New York 10110
(212) 608-1900

*Counsel to Andrew Kindt*


Matsushita Electric Industrial Co., Ltd.
1006 Kadoma, Kadoma City, Osaka 571-8501, Japan


Samsung SDI Co., Ltd.
15 – 18th Floor
Samsung Life Insurance Bldg. 150 Taepyungro 2-Ga
Jung-Gu, Seoul, South Korea


LP Displays International Ltd.
6th Floor, Ing Tower
308 Des Voeux Road Central, Sheung Wan
Hong Kong


MT Picture Display Co., Ltd.
Osaka, Japan


Toshiba Corp.
1-1, Shibaura 1-Chome, Minato-Ku, Tokyo 105-8001, Japan

_____
Lucius B. Lau