UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW KINDT, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; SAMSUNG SDI CO., LTD.; LP DISPLAYS INTERNATIONAL, LTD. (formerly LG PHILIPS DISPLAYS); MT PICTURE DISPLAY CO., LTD.; TOSHIBA CORP.; TOSHIBA AMERICA, INC.,<br><br>*Defendants.* | 07-cv-10322-GBD |

**NOTICE OF MOTION OF TOSHIBA AMERICA INC. TO ADJOURN THE INITIAL PRETRIAL CONFERENCE PENDING A DECISION OF THE MDL PANEL**

PLEASE TAKE NOTICE that, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Toshiba America Inc. will move this Court, at a date and time to be determined by the Court, to adjourn the initial pretrial conference currently scheduled for February 14, 2008, pending disposition of the motion to transfer currently before the Judicial Panel on Multidistrict Litigation. The reasons supporting this motion are contained in the accompanying memorandum.

Dated: February 7, 2008                Respectfully submitted,

**WHITE & CASE** LLP

By: s/ Christopher M. Curran
    Christopher M. Curran (CC-4779)
    George L. Paul
    Lucius B. Lau
    701 Thirteenth St., N.W.
    Washington, D.C. 20005
    tel.: (202) 626-3600
    fax: (202) 639-9355

    *Counsel to Toshiba America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2008, I caused to be served a copy of "NOTICE OF MOTION OF TOSHIBA AMERICA INC. TO ADJOURN THE INITIAL PRETRIAL CONFERENCE PENDING A DECISION OF THE MDL PANEL" on the following entities by first-class mail:

Christopher Lovell, Esq. (CL-2595)
Craig M. Essenmacher, Esq.
Keith Essenmacher, Esq.
Imtiaz A. Siddiqui, Esq.
500 Fifth Avenue, Floor 58
New York, New York 10110
(212) 608-1900

*Counsel to Andrew Kindt*

Matsushita Electric Industrial Co., Ltd.
1006 Kadoma, Kadoma City, Osaka 571-8501, Japan

Samsung SDI Co., Ltd.
15 – 18th Floor
Samsung Life Insurance Bldg. 150 Taepyungro 2-Ga
Jung-Gu, Seoul, South Korea

LP Displays International Ltd.
6th Floor, Ing Tower
308 Des Voeux Road Central, Sheung Wan
Hong Kong

MT Picture Display Co., Ltd.
Osaka, Japan

Toshiba Corp.
1-1, Shibaura 1-Chome, Minato-Ku, Tokyo 105-8001, Japan

_____
Lucius B. Lau