

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel + 1 202 626 3600
Fax + 1 202 639 9355
www.whitecase.com

Direct Dial + 202-626-3696    alau@whitecase.com

February 7, 2008

MOTION GRANTED   FEB 13 2008

*[signature]*
JUDGE GEORGE B. DANIELS

VIA FEDEX

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re:   *Kindt v. Matsushita Electric Industrial Co., Ltd.*, No. 07-cv-10322-GBD (S.D.N.Y.)

Dear Judge Daniels:

Enclosed is a courtesy copy of Toshiba America Inc.'s Notice of Motion to Adjourn the Initial Pretrial Conference Pending a Decision of the MDL Panel as well as a supporting memorandum. Plaintiff takes no position concerning this motion.

Sincerely,

*[signature]*
Lucius B. Lau

Enclosures

cc:  Christopher Lovell, Esq. (CL-2595)
     Craig M. Essenmacher, Esq.
     Keith Essenmacher, Esq.
     Imtiaz A. Siddiqui, Esq.
     Lovell Stewart Halebian LLP
     500 Fifth Avenue, Floor 58
     New York, NY 10110